UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GRESCHNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-1663 AC P<br><br>ORDER FOR PAYMENT OF INMATE FILING FEE |

**To: Director of the COLORADO DEPARTMENT OF CORRECTIONS, 1250 Academy Park Loop, Colorado Springs CO 80910:**

John Greschner (CDC Reg. No. 167356), plaintiff herein, was most recently incarcerated under your authority at the Arkansas Valley Correctional Facility. Assuming plaintiff's continued incarceration within the Colorado Department of Corrections, and because plaintiff is proceeding in this case in forma pauperis, he is obligated to pay the statutory filing fee of $350.00.

Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance in plaintiff's account for the 6-month period immediately preceding the filing of this action. 28 U.S.C. § 1915(b)(1). Upon payment of that initial partial filing fee, plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income

1

credited to plaintiff's trust account. The Colorado Department of Corrections is required to send to the Clerk of this Court the initial partial filing fee and thereafter payments from plaintiff's prison trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full. 28 U.S.C. § 1915(b)(2).

Good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Director of the Colorado Department of Corrections or a designee shall collect from plaintiff's prison trust account an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall forward the amount to the Clerk of this Court. The payment shall be clearly identified by the name and number assigned to this action.

2. Thereafter, the Director of the Colorado Department of Corrections or a designee shall collect from plaintiff's prison trust account monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and forward payments to the Clerk of this Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full. The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of this Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit (ECF No. 12-5 at 5-11) on the Director, Colorado Department of Corrections, 1250 Academy Park Loop, Colorado Springs CO 80910.

4. The Clerk of this Court is directed to serve a copy of this order on the Financial Department of this Court.

IT IS SO ORDERED.

DATED: March 15, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE