UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GRESCHNER,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | No. 2:15-cv-1663 MCE AC P<br><br>ORDER |

Plaintiff is a former California state prisoner, currently incarcerated in the Arkansas Valley Correctional Facility, who proceeds pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983. This order directs plaintiff to provide additional information for the United States Marshal to serve process on defendants Dr. Dale L. Syverson and Dr. Arthur A. Schwartz, and stays briefing on the motion to dismiss recently filed by defendant Banner Lassen Medical Center.

On October 2, 2019, the court directed the U.S. Marshal to serve the First Amended Complaint (FAC) on all four defendants. Defendants Dr. Jeffrey Rolfing and Banner Lassen Medical Center responded to the FAC. However, process directed to defendants Syverson and Schwartz were returned unserved. See ECF Nos. 31, 32. Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through

1

discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention subject to demonstrating that he made a good faith effort to obtain the information independently.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff, together with a copy of this order: (1) two USM-285 forms, along with an instruction sheet and a copy of the endorsed FAC filed April 22, 2019 (ECF No. 15); and (2) copies of the summons to defendants Syverson and Schwartz that were returned unexecuted (ECF Nos. 31 & 32).

2. Within sixty (60) days after the filing date of this order, plaintiff shall complete and submit to the court the attached Notice of Submission of Documents, together with the following documents:[1]

    a. One completed USM-285 form for each defendant; and

    b. Two copies of the endorsed FAC filed April 22, 2019.

3. Briefing responsive to the motion to dismiss filed by defendant Banning Lassen Medical Center (ECF No. 30) is stayed until further order of this court; plaintiff need not respond to the motion until so directed by this court.

DATED: February 28, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff need not submit an additional summons nor a third copy of the FAC, as these have already been provided to the United States Marshal.

| 7 | UNITED STATES DISTRICT COURT |
| 8 | FOR THE EASTERN DISTRICT OF CALIFORNIA |

| 10 | JOHN GRESCHNER, | No. 2:15-cv-1663 MCE AC P |
| 11 | Plaintiff, | |
| 12 | v. | NOTICE OF SUBMISSION OF DOCUMENTS |
| 13 | CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| 15 | Defendants. | |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

      __2__     completed USM-285 forms

      __2__     copies of the endorsed FAC

_____      _____
Date                                                   Plaintiff